FILED
2020 JAN 28 PM 5:13
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| KAITLYN PETERSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation, doing business as HOME DEPOT, THE,<br><br>Defendant. | **ORDER DENYING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 12(b)(6)**<br><br>Case No. 1:19-cv-00091-BSJ<br><br>Judge: Bruce S. Jenkins |

This matter came on for hearing on December 12, 2019 on Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to FRCP 12(b)(6) [8] before the Honorable Bruce S. Jenkins, with Plaintiff represented by counsel Jason M. Yancey, and with Defendant represented by counsel Aaron B. Shumway. The Court, having heard all matters presented by the parties, and being fully advised in the premises, HEREBY ORDERS as follows:

1. Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to FRCP 12(b)(6) [8] is DENIED.

2. Defendant is to file an answer to the complaint within 10 days.

**SO ORDERED.**

Signed _1/28_, __ , 2020.

BY THE COURT:

_____
Bruce S. Jenkins, U.S. District Judge

RESPECTFULLY SUBMITTED this 23rd day of January, 2020.

HELGESEN HOUTZ & JONES
By: /s/ Jason M. Yancey
Jason M. Yancey
Attorneys for Plaintiff

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of December, 2019, I emailed the foregoing **ORDER** to the following: aaron.shumway@ndlf.com.

I FURTHER HEREBY CERTIFY that on the 23rd day of January, 2020, I caused the foregoing **ORDER** to be electronically submitted to the Clerk of Court via email to the following: utdecf_jenkins@utd.uscourts.gov

with cc to the following:

aaron.shumway@ndlf.com

              _Jason M. Yancey_